BEFORE THE SECOND DIVISION, MAY 8, 1963

**No. 67702.**—International Expediters, Inc. *v.* United States, protests 58/24068, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

**No. 67703.**—Olson Radio Warehouse and Harper, Robinson & Co. et al. *v.* United States, protests 59/18874, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.